UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MAUREEN FRANCIS | CIVIL ACTION NO. 6:19-CV-00803 |
| VERSUS | JUDGE JUNEAU |
| LOUIS ACKAL ET AL | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the FRCP Rule 12(b)(6) Motion to Dismiss [Doc. 9], filed by defendants Sheriff Louis Ackal and Deputy Christopher Wilson, and the unopposed Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [Doc. 5] filed by defendant the City of New Iberia are GRANTED, and all claims against the foregoing defendants are DENIED AND DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 17th day of December, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE